# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1582
Lower Tribunal No. CF23-009073-XX

_____

VICKY LEE LIPFORD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Catherine L. Combee, Judge.

October 21, 2025

PER CURIAM.

AFFIRMED.

SMITH, BROWNLEE and GANNAM, JJ., concur.

Thomas J. Butler, of Thomas Butler, P.A., Miami Beach, and Ita M. Neymotin, Regional Counsel, and Clay W. Oberhausen, Assistant Regional Counsel, of the Office of Criminal Conflict and Civil Regional Counsel, Sarasota, for Appellant.

Vicky Lee Lipford, Quincy, pro se.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED